January 14, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

KAREN O'BANNION AND RAY O'BANNION, Appellants

NO. 14-13-01130-CV                      V.

WENDY GEBHARDT AND TODD VANHANDEL, Appellees
_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on September 17, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Karen O'Bannion and Ray O'Bannion.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.